# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 CR 405 | **DATE** | 8/8/2000 |
| **CASE TITLE** | USA vs. Richard Christerson | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum. This memorandum is issued as a purely informational matter, to draw the attention of counsel to the July 26, 2000 opinion in United States v. Adeniji, Nos. 97-3821, 97-3826 and 98-3885, in which our Court of Appeals reconfirmed the doctrines advances by the government in this case and adopted by this Court as part of the predicate for its ruling.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
| | No notices required. | | AUG 09 2000 | Document Number |
| ✓ | Notices mailed by judge's staff. | | date docketed | |
| | Notified counsel by telephone. | | | 31 |
| | Docketing to mail notices. | ED-7 FILED FOR DOCKETING | docketing deputy initials | |
| | Mail AO 450 form. | 00 AUG -8 PM 4: 01 | 8/8/2000 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. ) No. 00 CR 405
)
RICHARD CHRISTERSON, )
)
        Defendant. )

DOCKETED
AUG 09 2000

MEMORANDUM

After this Court orally denied the motion of defendant Richard Christerson to dismiss certain counts of the indictment in this case as duplicitous, the most recent batch of our Court of Appeals' slip opinions arrived in this Court's chambers. This memorandum is issued as a purely informational matter, to draw the attention of counsel to the July 26, 2000 opinion in United States v. Adeniji, Nos. 97-3821, 97-3826 and 98-3885, in which our Court of Appeals reconfirmed the doctrines advanced by the government in this case and adopted by this Court as part of the predicate for its ruling:

    1. There is a meaningful difference between the type of "joint agreement that is essential to a defendant's liability for the crime of conspiracy" and what must be proved to convict a defendant of mail fraud (the charges that are involved in this case)(slip op. at 9).

    2. That eliminates any need for one participant's knowledge of the identity of other participants or of their

acts in furtherance of the fraudulent scheme, because all that must be established is each participant's "knowing participation in the same scheme" (id. at 9-10).

3. Nonetheless "evidence of one participant's actions in furtherance of a scheme to defraud is admissible against the other participants in that scheme, just as it is in a conspiracy case" (id. at 11).

4. In such situations, cautionary jury instructions are adequate to avoid the possible tainting of a conviction by evidence that might otherwise prejudice a defendant (id. at 12).

_____
Milton I. Shadur
Senior United States District Judge

Date: August 8, 2000

2